# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1999

———————————————

MONTRAIL COOK,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

September 18, 2018

PER CURIAM.

DISMISSED. *See Newell v. Moore*, 826 So. 2d 1033 (Fla. 1st DCA 2002).

WOLF, KELSEY, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Montrail Cook, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Eric Salvatore Giunta, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.